IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CAMPO,

      Petitioner,                    No. CIV S-06-1662 MCE DAD P

    vs.

K. PROSPER,

      Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner's in forma pauperis application does not bear his signature. Petitioner will be granted thirty days to file a signed application on the form provided with this order. The signed application will be deemed supplemental to the original application, and petitioner will not be required to have the supplemental application certified by a prison official or to provide an additional certified prison trust account statement.

        Petitioner's habeas petition includes a request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, counsel may be appointed at any stage of federal habeas proceedings "if the interests of justice so require." 18 U.S.C. § 3006A. See

1

1 | also Rule 8(c), Fed. R. Governing § 2254 Cases.  The court does not find that the interests of
2 | justice require appointment of counsel in this case at the present time.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1.  Petitioner's request for appointment of counsel is denied;
5 |       2.  Petitioner shall submit, within thirty days from the date of this order, a signed
6 | application to proceed in forma pauperis; petitioner's failure to comply with this order may result
7 | in a recommendation that this action be dismissed; and
8 |       3.  The Clerk of the Court is directed to send petitioner a copy of the in forma
9 | pauperis form to be used by a prisoner proceeding with a petition for writ of habeas corpus.
10 | DATED: August 4, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
camp1662.101a+110