1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT CAMPO,                        No. 2:06-cv-01662-MCE-DAD P

12              Plaintiff,

13        v.
                                          **ORDER**
14   K. PROSPER, Warden,

15              Defendant.
     _____/

16

17        Each of the parties in the above-captioned case has filed a

18   "Consent to Proceed Before a United States Magistrate Judge."

19   See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 73-305, both

20   the district court judge assigned to the case and the magistrate

21   judge must approve the reference to the magistrate judge.

22        The undersigned has reviewed the file herein and recommends

23   that the above-captioned case be assigned and referred to the

24   magistrate judge for all further proceedings and entry of final

25   judgment.

26   ///

27   ///

28   ///

1

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign

2 this case to the Honorable Dale A. Drozd.  The parties shall take

3 note that all documents hereafter filed with the Clerk of the

4 Court shall bear case number 2:06-cv-01662-DAD P.  All currently

5 scheduled dates presently set before Judge England are hereby

6 VACATED.

7
Dated: November 21, 2008

8

9
_____

10
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

11

12    Having also reviewed the file, I accept reference of this

13 case for all further proceedings and entry of final judgment.

14 DATED: November 21, 2008.

15

16
_____

17
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18

19 camp1662.consent

20

21

22

23

24

25

26

27

28

2