IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT CAMPO,** | 2:06-cv-01662-DAD (HC) |
| Petitioner, | **ORDER** |
| **v.** | |
| **K. PROSPER, Warden,** | |
| Respondent. | |

Respondent has requested a 30-day extension of time to file a responsive pleading in this matter.  Good cause appearing, IT IS HEREBY ORDERED that Respondent is granted a 30-day extension of time to and including January 18, 2009, to file a responsive pleading.

DATED: December 30, 2008.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/camp1662.111rp

1